with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

STANLEY C. EATON v. BERNARD REICH.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ROBERT J. BULKLEY and Others v. THE POSITYPE CORPORATION and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ROBERT J. BULKLEY and Another v. THE POSITYPE CORPORATION and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

ETHEL R. RYSKIND v. MORRIS RYSKIND.— Motion withdrawn. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MORDECAI BENGUIAT and INTERCONTINENTAL COMPANY v. THE GOTHAM NATIONAL BANK OF NEW YORK.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy and Sherman, JJ.

ALICE HOFFMAN v. EMIL FRAAD and ELSIE FRAAD.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ABRAHAM RUCHMAN, as Administrator, etc., of MORRIS RUCHMAN, Deceased, v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 591 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KATHRYN M. FOLEY v. RICHARD J. FOLEY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

CELIA I. HOVER and ISIDORE HOVER v. GEORGE J. RYAN and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

TOVARISHTSCHETVO MANUFACTUR BRATYEV TAROSSOVIKH, Also Known as MANUFACTURING SOCIETY OF TARASSOFF BROTHERS, etc., v. THE NATIONAL CITY BANK OF NEW YORK.— Motion granted. Settle order on notice. Present — McAvoy, Merrell, Martin and Sherman, JJ.

ALBERTINA REALTY COMPANY v. ROSBRO REALTY CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALBERTINA REALTY COMPANY v. ROSBRO REALTY CORPORATION.— Motion granted, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

AMELIA HERSCHMANN v. HAMBURG AMERICAN LINES.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BETTY ROBINSON v. SEVENTH AVENUE AND FORTY-SECOND STREET CORPORATION (a Domestic Corporation).— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of JACOB LEVENSON for an Order Directing SAMUEL D. LASKY, an Attorney, to Pay over Money, etc.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted